IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE PEOPLE OF THE STATE OF ILLINOIS, *ex rel.* LISA MADIGAN, Attorney General, <br><br> Plaintiff, <br><br> v. <br><br> ILLINOIS HIGH SCHOOL ASSOCIATION, an unincorporated association, <br><br> Defendant. | Case Number: 12-cv-3758 <br> 12-cv-5502 <br> District Judge Joan B. Gottschall <br> Magistrate Judge Jeffrey T. Gilbert |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On the joint motion of the parties Plaintiff, the People of the State of Illinois, by the Office of the Attorney General ("OAG"), and Defendant, Illinois High School Association ("IHSA"), it is hereby ordered:

1. Cases 12-cv-3758 and 12-cv-5502 are hereby dismissed without prejudice.
2. The Court retains jurisdiction to resolve issues arising from the settlement agreement entered into by the parties on June 16, 2015.

*[Signature]*
6/23/15